# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-1680

_____

Arnetta Swift, Nee Hill born Arnetta Hill

*Plaintiff - Appellant*

v.

Schmaderer, Chief Omaha Police; John Decohort, Unknown of Omaha Police
Officers; Kyler, Omaha Police Officer; John Doe, Unknown, Cohort of Omaha Police

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: August 20, 2015
Filed: August 24, 2015
[Unpublished]

_____

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Arnetta Swift appeals the district court's[1] preservice dismissal of her pro se 42 U.S.C. § 1983 complaint, for failure to state a claim. She also moves for appointment of counsel on appeal. After careful de novo review, we conclude that Swift's complaint was properly dismissed. See Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (preservice dismissal is reviewed de novo). Accordingly, we affirm. See 8th Cir. R. 47B. The motion for appointment of counsel is denied.

————————————————————

[1] The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.